STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HAROLD PHILLIPS, DEFENDANT-APPELLANT.

IN THE MATTER OF THE APPLICATION OF HAROLD PHILLIPS, APPELLANT, FOR A WRIT OF HABEAS CORPUS.

Argued January 9, 1961—Decided January 23, 1961.

*Mr. William C. Brudnick,* Special Assistant Prosecutor, argued the cause for plaintiff-respondent (*Mr. Guy W. Calissi,* Bergen County Prosecutor, attorney).

*Mr. Charles Handler* argued the cause for appellant.

PER CURIAM. The judgment is affirmed for the reasons expressed by the Appellate Division. 62 *N. J. Super.* 70 (1960). Moreover, we conclude that the record reveals no substantial state or federal constitutional question which would justify direct appeal to this Court. *R. R.* 1:2–1; *Colacurcio Contracting Corp. v. Weiss,* 20 *N. J.* 258 (1955); *Starego v. Soboliski,* 11 *N. J.* 29 (1952).

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.